No. 78–1027. ILLINOIS HOSPITAL & HEALTH SERVICES, INC. *v.* AURAND, TREASURER AND COUNTY COLLECTOR OF WINNEBAGO COUNTY. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–1028. FRIEDLAND *v.* INDIANA BELL TELEPHONE CO., INC. Ct. App. Ind. Certiorari denied.

No. 78–1029. MITCHELL ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–1031. AU *v.* KELLY ET AL., TRUSTEES, DBA FINANCIAL PLAZA OF THE PACIFIC. Sup. Ct. Hawaii. Certiorari denied.

No. 78–1032. HUDKINS, STATE FARM SUPERINTENDENT, ET AL. *v.* BUISE. C. A. 7th Cir. Certiorari denied.

No. 78–1034. EVANS *v.* ANDREJKO ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1037. STAR CHOPPER CO., INC. *v.* ROY ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–1040. HOPEDALE MEDICAL FOUNDATION *v.* TAZEWELL COUNTY COLLECTOR. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 78–1042. SPINKA, DBA NORTH GRAND DENTAL LABORATORY, ET AL. *v.* WATSON, DIRECTOR, DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.